EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SYNCHRONY BANK

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CODY MOLICA

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED FILED**

JAN 28 2021

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: *(El nombre y dirección de la corte es):*

Superior Court of California, County of Sonoma 600 Administration Dr. Santa Rosa, CA

CASE NUMBER: *(Número del Caso):*
SCV- **267755**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Cody Molica, 4360 Stony Point Road Santa Rosa, CA 95407 707-791-9101

| DATE:<br>*(Fecha)* **JAN 2 8 2021** | **ARLENE D. JUNIOR** | Clerk, by<br>*(Secretario)* | **JANIE DORMAN** | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* SYNCHRONY BANK
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.  

Cody Molica
4360 Stony Point Road
Santa Rosa, CA 95407
(707) 791-9101
cmolica11@gmail.com

Plaintiff in Pro Per

**ENDORSED FILED**

JAN 28 2021

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

| | |
|---|---|
| CODY MOLICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>　　　　Defendant | Case No.: SCV- 267755<br><br>**COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF**<br><br>UNLIMITED CIVIL ACTION |

First Cause of Action

**Violation of the California Rosenthal Act**

(Bus. & Prof. C. §§1788 et seq.)

1. Plaintiff is a resident of the State of California and County of Sonoma. Defendant is a corporation registered with the California Secretary of State and does business in California.

2. Plaintiff is the recipient of a revolving door account with defendant who during the Fall of 2020 began making collection calls upon plaintiff and sending him threatening letters.

COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEFUNLIMITED CIVIL ACTION - 1

3. In response plaintiff sent defendant a letter demanding that all communications with plaintiff regarding the account should cease until further written notice.

4. Despite being in receipt of this cease-and-desist letter, defendant continued and even ramped up the collection calls, phoning him several times daily in an attempt to collect a debt and continuing to send threatening correspondence.

5. Defendants willful refusal to honor plaintiff's request to refrain from further communication is a violation of the California Rosenthal Act warranting imposition of monetary, declaratory and injunctive relief as prayed forth herein.

## Second Cause of Action

## Violation of the Fair Debt Collection Practices Act

### (Plaintiff realleges paragraphs 1-5 as stated herein)

6. Plaintiff had a similar right to demand defendant to cease communicating with him regarding any alleged debt under the Fair Debt Collection Practices Act codified within federal law. The same pattern of misconduct alleged in the first cause of action gives rise to additional relief as prayed for in the complaint herein.

## Prayer for Relief

1. For compensatory damages according to proof at trial.

2. For statutory damages for each willful violation of state and federal law.

3. For a declaration that defendant violated state and federal law when they continued to contact plaintiff in an attempt to collect a debt after knowing that plaintiff had demanded they cease doing so in the future.

COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF UNLIMITED CIVIL ACTION - 2

4. For a permanent injunction enjoining defendants from further violations of plaintiff's rights as alleged herein in the future.

Date: January 25, 2021

_____
Cody Molica, Plaintiff in Pro Per

COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF UNLIMITED CIVIL ACTION - 3