UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MOLICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | Case No. 21-cv-01549-JST<br><br>**ORDER OF DISMISSAL**<br>Re: ECF No. 29 |

On September 14, 2021, the Court granted Defendant Synchrony Bank's ("Synchrony") motion to dismiss Plaintiff Cody Molica's second amended complaint and set an October 14, 2021 deadline for filing the amended complaint. ECF No. 29.

No amended complaint has been filed. Accordingly, the case is dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2021



JON S. TIGAR
United States District Judge